NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AMERICAN SAVINGS BANK, F.A., KEYSTONE HOLDINGS, INC., KEYSTONE HOLDINGS PARTNERS, L.P., N.A. CAPITAL HOLDINGS, INC., NEW AMERICAN CAPITAL, INC., AND NEW AMERICAN HOLDINGS, INC.,**
*Plaintiffs-Cross Appellants,*

v.

**UNITED STATES,**
*Defendant-Appellant.*

---

2011-5132, -5133

---

Appeals from the United States Court of Federal Claims in case no. 92-CV-872, Senior Judge Loren A. Smith.

---

## ON MOTION

---

## O R D E R

The parties move to withdraw their appeals.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.  The appeals are dismissed.

(2) Each side shall bear its own costs.

FOR THE COURT

JAN 0 9 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Kent A. Yalowitz, Esq.
     Jeanne E. Davidson, Esq.

s21

Issued As A Mandate:  JAN 0 9 2012

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 0 9 2012

JAN HORBALY
CLERK